UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

KIERA HOPES,                          §
                                      §
V.                                    §       CIVIL ACTION NO. 22-931
                                      §
DK LEWIS LOGISTICS LLC., and          §
DENNIS LEWIS                          §
,                                     §
          Defendants.                 §

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS:

### 1.  STATE COURT ACTION

1.1     Now comes DK LEWIS LOGISTICS LLC and DENNIS LEWIS, Defendants in a

civil action brought on August 5, 2022, in the District Court of Bexar County, State of Texas,

County of Bexar, entitled "Kera Hopes vs. DK Lewis Logistics LLC and Dennis Lewis,

Defendants' Cause No. 2022CI14797.

1.2     Defendants have not received Plaintiff's Original Petition, but the Bexar County

District Court file indicates service by mail on the registered agent for DK Lewis Logistics on

August 10, 2022.  All Defendants filed Defendants' Original Answer on August 24, 2022.  A

copy of all process and pleadings filed and/or served in the action is attached.

### 2. PARTIES

2.1     Plaintiff, Kiera Hopes, is a citizen of Texas and an individual residing in Bexar

County, Texas.

2.2     Defendant, DK LEWIS LOGISTICS LLC is a foreign corporation formed under the laws of the state of Georgia and operating under the laws of the State of Georgia. Defendant's principal place of business is in Atlanta, Georgia.

2.3     Defendant, Dennis Lewis, is a citizen of Georgia and an individual residing in Fairburn, Georgia.

### 3. JURISDICTION

3.1     This Court has jurisdiction over the subject matter of this cause, pursuant to 28 U.S.C. § 1332, because this is a civil action in which the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states.

3.2     Plaintiff is a resident of Texas as plead by her in Plaintiff's Original Petition. Defendant DK LEWIS LOGISTICS LLC is a foreign corporation formed under the laws of the state of Georgia and operating under the laws of the State of Georgia. Defendant Dennis Lewis is a citizen of Georgia and an individual residing in Fairburn, Georgia. As both defendants are diverse from the plaintiff, diversity of citizenship exists.

3.3     Pursuant to Plaintiff's Original Petition, it is evident that alleged damages are over the jurisdictional limit. *McPhail v. Deere & Co.,* 529 F.3d 947 (10th Cir. Okla. 2008); *Meridian Sec. Ins. Co. v. Sadowski*, 441 F.3d 536 (7th Cir. Ill. 2006); *Luckett v. Delta Airlines, Inc.*, 171 F.3d 295 (5th Cir. La. 1999).  Based on the allegations in the complaint as well as the alleged severity of the injuries sustained by the Plaintiff, the damages sought are in excess of $75,000.00. Plaintiff's specific claim for damages is for over $100,000.00.

3.4     Therefore, as this court has jurisdiction over this cause pursuant to 28 U.S.C. § 1332, this cause is removable to federal court pursuant to 28 U.S.C. §§ 1441 and 1446.

3.5     Finally, this removal is timely as Defendants filed this Notice of Removal before 30 days from the date of service on DK Lewis' registered agent   Defendants included Dennis Lewis in their Defendants' Original Answer before service as a precautionary measure.

## 4. VENUE

4.1     Venue is proper in the Western District of Texas under 28 U.S.C. § 1441(a) because the state court where suit has been pending (293rd Judicial District Court of State of Texas, County of Bexar) is in the Western District of Texas.

## 5. PRAYER

5.1     WHEREFORE, DK Lewis Logistics LLC and Dennis Lewis, pursuant to these statutes and in conformance with the requirements set forth in *28 U.S.C. § 1446*, removes this action for trial from Cause No. 2022CI14797; Kiera Hopes vs. DK Lewis Logistics LLC and Dennis Lewis, in the District Court, State of Texas, County of Bexar on this 26th day of August, 2022.

Respectfully submitted,

SHELTON & VALADEZ, PC
600 Navarro, Suite 500
San Antonio, Texas  78205
Telephone:  (210) 349-0515
Facsimile:  (210) 349-3666
*Email:  mlair@shelton-valadez.com

By:_____
    R. MATT LAIR
    State Bar No. 11795410

ATTORNEY FOR DEFENDANTS,
DK LEWIS LOGISTICS LLC and DENNIS LEWIS

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served in compliance with Rules 21 and 21a of the Texas Rules of Civil Procedure on August 26, 2022, on the following counsel of record:

Sarah Jordan Presutti
THE PRESUTTI LAW FIRM, P.C.
1919 Oakwell Farms Parkway, Suite 253
San Antonio, Texas 78218
Email: sarah@presuttifirm.com
*Attorney for Plaintiff*

_____
R. MATT LAIR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| KIERA HOPES, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 22-931 |
| | § | |
| DK LEWIS LOGISTICS LLC., and | § | |
| DENNIS LEWIS | § | |
| , | § | |
| Defendants. | § | |

## <u>INDEX OF MATTERS BEING FILED</u>

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS:

**I.**

Notice of Removal with the following Exhibits:

**Exhibit 1:**    Index of Matters Being Filed

**Exhibit 2:**    Docket Sheet – Bexar County Civil Docket

**Exhibit 3:**    Copy of documents filed in State Court:

- Plaintiffs' Original Petition;

- Civil Process Request Form

- Citation – Dennis Lewis

- Citation – DK Lewis with service via Certified Mail;

- Defendants DK Lewis Logistics LLC and Dennis Lewis' Jury Demand;

- Defendants DK Lewis Logistics LLC and Dennis Lewis' Original Answer;

**Exhibit 4:**    List of Counsel of Record

**Exhibit 5:**    JS 44 Civil Cover Sheet

**Exhibit 6:**     Supplement to JS 44 Civil Cover Sheet

Respectfully submitted,

**SHELTON & VALADEZ, PC**
600 Navarro, Suite 500
San Antonio, Texas 78205
Telephone: (210) 349-0515
Facsimile: (210) 349-3666
*Email: mlair@shelton-valadez.com

By: _____
　　 R. MATT LAIR
　　 State Bar No. 11795410

ATTORNEY FOR DEFENDANTS,
DK LEWIS LOGISTICS LLC and DENNIS LEWIS

## CERTIFICATE OF SERVICE

　　 I hereby certify that a true and correct copy of the foregoing document was served in compliance with Rules 21 and 21a of the Texas Rules of Civil Procedure on 26th of August, 2022, on the following counsel of record:

Sarah Jordan Presutti
THE PRUSUTTI LAW FIRM, P.C.
1919 Oakwell Farms Parkway, Suite 253
San Antonio, Texas 78218
Email: sarah@presuttifirm.com
*Attorney for Plaintiff*

_____
R. MATT LAIR

407th District Court

**Case Summary**

Case No. 2022CI14797

| | | | |
|---|---|---|---|
| KIERA HOPES VS DK LEWIS LOGISTICS LLC. ET AL | § | Location: | **407th District Court** |
| | § | Judicial Officer: | **407th, District Court** |
| | § | Filed on: | **08/05/2022** |

---

## Case Information

| | | |
|---|---|---|
| | Case Type: | MOTOR VEHICLE ACCIDENT |
| | Case Status: | 08/05/2022  Pending |

## Assignment Information

**Current Case Assignment**

| | |
|---|---|
| Case Number | 2022CI14797 |
| Court | 407th District Court |
| Date Assigned | 08/05/2022 |
| Judicial Officer | 407th, District Court |

---

## Events and Orders of the Court

| | |
|---|---|
| 08/05/2022 | New Cases Filed (OCA) |
| 08/05/2022 | PETITION |
| 08/05/2022 | REQUEST FOR SERVICE AND PROCESS |
| 08/08/2022 | **Citation** |
| 08/08/2022 | **Citation Certified Mail** |
| 08/12/2022 | RETURN OF SERVICE - SUCCESSFUL |

Printed on 08/24/2022 at 2:53 PM

EXHIBIT 2

FILED
8/5/2022 10:01 AM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Jason Pastrano
Bexar County - 407th District Court

CAUSE NO. _2022CI14797_____

| | | |
|---|---|---|
| KIERA HOPES | § | IN THE DISTRICT COURT OF |
| | § | |
| V. | § | BEXAR COUNTY, TEXAS |
| | § | |
| DK LEWIS LOGISTICS LLC., | § | |
| and DENNIS LEWIS | § | _____ JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, KIERA HOPES, ("Plaintiff"), complaining of DK LEWIS LOGISTICS LLC., and DENNIS LEWIS ("Defendants") and for cause of action would show unto the Court as follows:

### I.
### DOCKET CONTROL PLAN

Discovery intended to be conducted under Level 2 of the Texas Rules of Civil Procedure, Rule 190.3. Plaintiff further affirmatively pleads that he seeks monetary relief aggregating more than $100,000.00.

### II.
### PARTIES

Plaintiff, KIERA HOPES, is a resident of Bexar County, Texas.

Defendant DK LEWIS LOGISTICS LLC., is foreign company and may be served by certified mail and our private process server Court Record Research by serving their registered agent, Justin Chaney at 501 Parkview Drive Burleson Texas, 76028.

Dennis Lewis was the driver of the truck owned by DK LEWIS LOGISTICS LLC., bearing Georgia license plate number C4139B and may be served by our private process server Court Record Research at 2105 Southwood CV Atlanta, Georgia 30331.

EXHIBIT 3

### III.
### JURISDICTION AND VENUE

Jurisdiction is proper in this Court because the suit arises under the laws of the State of Texas where the accident occurred and because Plaintiff has suffered damages within the jurisdictional limits of this Court. Venue is also proper in this Court under the Texas general venue statute in that the accident occurred in Bexar County, Texas.

### IV.
### FACTS

Plaintiff, KIERA HOPES, brings this suit to recover damages for personal injuries she sustained when she was involved in an automobile accident in Bexar County, Texas on or about August 17, 2020, which collision was proximately caused by the negligence of the Defendants, DK LEWIS LOGISTICS LLC., and DENNIS LEWIS. At the time of the occasion in question, the Plaintiff was making a left turn from the #1 left hand left turn lane on Perrin Beitel attempting to turn onto 410 access road. While the plaintiff was in the process of turning onto 410 access road, the defendant was also turning from the same street onto 410 access road when he made a wide left turn colliding with the plaintiff which resulted in the plaintiff's vehicle to spin and lose control. The Plaintiff sustained personal injuries as a result of the Defendant's negligence.

V.

### NEGLIGENCE

At the time and on the occasion in question, Defendant, DENNIS LEWIS, while operating said vehicle, failed to use ordinary care by various acts and omissions, including the following, each of which singularly or in combination with others was a proximate cause of the occurrence in question:

1.    Failure to maintain a proper lookout;

2.      Failure to keep an assured clear distance;

3.      Failure to pay attention to surrounding vehicles and traffic conditions;

4.      Failure to timely apply the brakes to the vehicle in order to avoid the occurrence in question;

5.      Failure to apply or properly and adequately apply the brakes to avoid the occurrence in question;

6.      Failure to operate his or her vehicle reasonably and safely under the circumstances in order to avoid the occurrence in question;

7.1     Failure to give any warning or advise to the Plaintiff that (s)he was going to drive in an unsafe, dangerous, careless and/or reckless manner;

8.      Failure to move his or her vehicle to the right or left to avoid the occurrence in question;

9.      Failure to sound horn;

10.     Violating Sections 545.351, 545.151 and 545.153 of the Texas Transportation Code in failing to control speed, failing to yield right of way; and/or

11.     Failure to act as a reasonable prudent person would or should under the same or similar circumstances.

## VI.
## VICARIOUS LIABILITY

Defendant, DENNIS LEWIS, during the occurrence in question was, at all material times, acting within the course and scope of his employment and under the direction and/or control of Defendant, DK LEWIS LOGISTICS LLC. At the time of the occurrence in question and immediately prior thereto, Defendant, DENNIS LEWIS was engaged in the furtherance of Defendant, DK LEWIS LOGISTICS LLC., business and DK LEWIS

LOGISTICS LLC., is liable for the injuries to the Plaintiff under the doctrine of *respondent superior*, vicarious liability and any applicable theories of Agent/Servant Liability.

## VII.
## DAMAGES

As a result of the Defendant's negligence, the Plaintiff has sustained personal injuries. The Plaintiff has suffered the following damages:

1.  Physical pain and mental anguish in the past and future;

2.  Physical impairment in the past and future; and

3.  Medical expenses in the past and future; and

4.  Property Damage.

Plaintiff prefers to have the jury determine the fair amount of compensation for Plaintiff's damages. It is early in the case to be assessing the full nature and scope of Plaintiff's damages, and Plaintiff places the decision regarding the amount of compensation to be awarded in the jury's hands.

Texas Rule of Civil Procedure 47, however, requires Plaintiff to provide a statement regarding the amount of monetary relief sought. By reason of the above and foregoing, Plaintiff has been damaged in a sum more than $100,000.00, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees.

## VII.

Pursuant to §30.014 of the Texas Civil Practice & Remedies Code, the last three digits of Plaintiff's Texas driver's license are 432 and the last three digits of Plaintiff's Social Security Number are 005.

## VIII.
## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff prays that the Defendants be duly cited to appear and answer herein and that, upon final trial of this cause, Plaintiff recover:

1.   Judgment against the Defendants;

2.   Fair and adequate damages to be determined by the jury;

3.   Pre-judgment and post judgment interest as allowed by law;

4.   Such other and further relief to which Plaintiff may be justly entitled.

Respectfully Submitted,

**THE PRESUTTI LAW FIRM, P.C.**

By:

Sarah Jordan Presutti
TBN: 11023100
1919 Oakwell Farms Parkway, Suite 253
San Antonio, TX 78218
Telephone: (210) 468-3377
Fax: (210) 855-0494
sarah@presuttifirm.com

**ATTORNEY FOR PLAINTIFF**

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Sarah Presutti on behalf of Sarah Presutti
Bar No. 11023100
service@presuttifirm.com
Envelope ID: 67000901
Status as of 8/5/2022 10:27 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Presutti Law Firm Presutti | | service@presuttifirm.com | 8/5/2022 10:01:58 AM | SENT |

FILED
8/5/2022 10:01 AM
Mary Angie Garcia
Bexar County District Clerk

cit_pps / cit_cml_sac 4

Accepted By: Jason Pastrano
Bexar County - 407th District Court

## CIVIL PROCESS REQUEST FORM

FOR EACH PARTY SERVED YOU MUST FURNISH ONE (1) COPY OF THE PLEADING
FOR WRITS FURNISH TWO (2) COPIES OF THE PLEADING PER PARTY TO BE SERVED

**CASE NUMBER:** 2022CI14797 _____   **CURRENT COURT:** _____

**TYPE OF INSTRUMENT TO BE SERVED** (See Reverse For Types): ORIGINAL PETITION _____

**FILE DATE OF MOTION:** August 5th, 2022 _____
                                    Month/   Day/   Year

**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

1. NAME: Dennis Lewis

   ADDRESS: 2105 Southwood CV Atlanta, GA, 30331

   AGENT, (*if applicable*): _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (*see reverse for specific type*): CITATION _____

**SERVICE BY** (*check one*):
- ☐ **ATTORNEY PICK-UP**          ☐ **CONSTABLE**
- ☒ **CIVIL PROCESS SERVER** - Authorized Person to Pick-up: Email Service@presuttifirm.com _____
  Phone:
- ☐ **MAIL**                                    **CERTIFIED MAIL**
- ☐ **PUBLICATION:**
  Type of Publication:  ☐ **COURTHOUSE DOOR, or**
                        ☐ **NEWSPAPER OF YOUR CHOICE:** _____
- ☐ **OTHER,** Email Service@presuttifirm.com _____

### ATTENTION:  Effective June 1, 2010

**For all Services Provided by the DISTRCT CLERKS OFFICE requiring our office to MAIL something back to the Requesting Party, we require that the Requesting Party provide a Self-Addressed Stamped Envelope with sufficient postage for mail back.  Thanks you,**

*********************************************************************************************

2. NAME: DK LEWIS LOGISTICS LLC.

   ADDRESS: 501 Parkview Drive Burleson Texas, 76028 _____

   AGENT, (*if applicable*): Justin Chaney _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED** (*see reverse for specific type*): _____

**SERVICE BY** (*check one*):
- ☐ **ATTORNEY PICK-UP**          ☐ **CONSTABLE**
- ☒ **CIVIL PROCESS SERVER -** Authorized Person to Pick-up: _____ Phone: _____
- ☐ **MAIL**                     X   **CERTIFIED MAIL**
- ☐ **PUBLICATION:**
  Type of Publication:  ☐ **COURTHOUSE DOOR, or**
                        ☐ **NEWSPAPER OF YOUR CHOICE:** _____
- ☐ **OTHER,** Email Service@presuttifirm.com _____

**ATTORNEY (OR ATTORNEY'S AGENT) REQUESTING SERVICE:**

NAME: _SARAH PRESUTTI/THE PRESUTTI LAW FIRM, P.C._____   TEXAS BAR NO./ID NO.  11023100

MAILING ADDRESS: 1919 Oakwell Farms Parkway, Suite 253, San Antonio, Texas 78218 _____

PHONE NUMBER: 210-468-3377 _____ FAX NUMBER: 210-855-0494 _____
                area code       phone number                         area code       fax number

EMAIL ADDRESS: SARAH@PRESUTTIFIRM.COM _____

S:\FormsLib\Civil Bureau\Civ Fam Intake & Customer Svc\Civintake\Civil Process Request Form                                    Rev. 5/7/10

SERVICE REQUESTS WHICH CANNOT BE PROCESSED BY THIS OFFICE WILL BE HELD FOR 30 DAYS PRIOR TO CANCELLATION.  FEES WILL BE REFUNDED ONLY UPON REQUEST, OR AT THE DISPOSITION OF THE CASE. SERVICE REQUESTS MAY BE REINSTATED UPON APPROPRIATE ACTION BY THE PARTIES.

INSTRUMENTS TO BE SERVED:
(Fill In Instrument Sequence Number, i.e. 1st, 2nd, etc.)

X - ORIGINAL PETITION
_____    AMENDED PETITION
_____    SUPPLEMENTAL PETITION

COUNTERCLAIM
_____    AMENDED COUNTERCLAIM
_____    SUPPLEMENTAL COUNTERCLAIM

CROSS-ACTION:
_____    AMENDED CROSS-ACTION
_____    SUPPLEMENTAL CROSS-ACTION

THIRD-PARTY PETITION:
_____    AMENDED THIRD-PARTY PETITION
_____    SUPPLEMENTAL THIRD-PARTY PETITION

INTERVENTION:
_____    AMENDED INTERVENTION
_____    SUPPLEMENTAL INTERVENTION

INTERPLEADER
_____    AMENDED INTERPLEADER
_____    SUPPLEMENTAL INTERPLEADER

INJUNCTION

MOTION TO MODIFY

SHOW CAUSE ORDER

TEMPORARY RESTRAINING ORDER

BILL OF DISCOVERY:
    ORDER TO: _____
                              (specify)
    MOTION TO: _____
                              (specify)

PROCESS TYPES:

NON WRIT:
CITATION
ALIAS CITATION
PLURIES CITATION
SECRETARY OF STATE CITATION
COMMISSIONER OF INSURANCE
HIGHWAY COMMISSIONER
CITATION BY PUBLICATION
NOTICE
SHORT FORM NOTICE

PRECEPT (SHOW CAUSE)
RULE 106 SERVICE

SUBPOENA

WRITS:
ATTACHMENT (PROPERTY)
ATACHMENT (WITNESS)
ATTACHMENT (PERSON)

CERTIORARI

EXECUTION
EXECUTION AND ORDER OF SALE

GARNISHMENT BEFORE JUDGMENT
GARNISHMENT AFTER JUDGMENT

HABEAS CORPUS
INJUNCTION
TEMPORARY RESTRAINING ORDER

PROTECTIVE ORDER (FAMILY CODE)
PROTECTIVE ORDER (CIVIL CODE)

POSSESSION (PERSON)
POSSESSION (PROPERTY)

SCIRE FACIAS
SEQUESTRATION
SUPERSEDEAS

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Sarah Presutti on behalf of Sarah Presutti
Bar No. 11023100
service@presuttifirm.com
Envelope ID: 67000901
Status as of 8/5/2022 10:27 AM CST
Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Presutti Law Firm Presutti | | service@presuttifirm.com | 8/5/2022 10:01:58 AM | SENT |

PRIVATE PROCESS

**Case Number:  2022CI14797**

KIERA HOPES VS DK LEWIS LOGISTICS LLC. ET AL
(Note: Attached Document May Contain Additional
Litigants)

IN THE **407TH DISTRICT COURT**
BEXAR COUNTY, TEXAS

<u>CITATION</u>

"THE STATE OF TEXAS"

Directed To:   **DENNIS  LEWIS**

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00am on the Monday next following the expiration of twenty days after you were served this CITATION and PETITION a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org" Said **Plaintiff's Original Petition** was filed **on this the 5th day of August, 2022.**

ISSUED UNDER MY HAND AND SEAL OF SAID COURT **on this the 8th day of August, 2022.**

SARAH JORDAN PRESUTTI
ATTORNEY FOR PLAINTIFF
1919 Oakwell Farms PKWY STE 253
San Antonio TX  78218-1779



Mary Angie Garcia
Bexar County District Clerk
101 W. Nueva, Suite 217

San Antonio, Texas 78205
By: /s/ Mario Hernandez
Mario Hernandez, Deputy

---

KIERA HOPES VS DK LEWIS LOGISTICS LLC. ET AL

Case Number: 2022CI14797
407th District Court

### Officer's Return

I received this CITATION on the _____ day of _____, 20____ at _____ o'clock ___M. and (  ) executed it by delivering a copy of the CITATION with attached **PLAINTIFF'S ORIGINAL PETITION** the date of delivery endorsed on it to the defendant _____ in person on the _____ day of _____, 20____ at _____ o'clock ____ M.

at _____ City_____ State_____ Zip_____

or (  ) not executed because _____.

Fees: _____ Badge/PPS #: _____ Date certification expires: _____

_____ County, Texas

BY:_____

OR: VERIFICATION OF RETURN (If not served by a peace officer) SWORN TO THIS _____

_____
**NOTARY PUBLIC, STATE OF TEXAS**

OR: My name is _____, my date of birth is _____, and my address is _____ County.

I declare under penalty of perjury that the foregoing is true and correct.  Executed in _____ County, State of Texas, on the _____ day of _____, A.D., _____.

_____
**Declarant**

CERTIFIED MAIL 70211970000047627559

**Case Number: 2022CI14797**

KIERA HOPES VS DK LEWIS LOGISTICS LLC. ET AL                                    IN THE 407th District Court
(Note: Attached Document May Contain Additional Litigants.)                      BEXAR COUNTY, TEXAS
                                                    **CITATION**

"THE STATE OF TEXAS"
**DIRECTED TO:**      DK LEWIS LOGISTICS LLC.                                        
                      By Serving Its Registered Agent: Justin Chaney
                      501 Parkview Drive
                      Burleson TX 76028

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who
issued this citation by 10:00am on the Monday next following the expiration of twenty days after you were served this
Citation and Petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you
may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later
than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org." Said **PLAINTIFF'S ORIGINAL
PETITION** was filed **on this the 5th day of August, 2022.**

ISSUED UNDER MY HAND AND SEAL OF SAID COURT **8TH DAY OF AUGUST, 2022.**

<u>SARAH JORDAN PRESUTTI</u>                                                       Mary Angie Garcia
**ATTORNEY FOR PLAINTIFF**                                                         **Bexar County District Clerk**
1919 Oakwell Farms PKWY STE 253                                101 W. Nueva, Suite 217
San Antonio TX 78218-1779

                                                                                   San Antonio, Texas 78205
                                                                                   By: /s/ *Mario Hernandez*
                                                                                   Mario Hernandez, Deputy

---

KIERA HOPES VS DK LEWIS LOGISTICS LLC. ET                 Officer's Return              Case Number: 2022CI14797
AL
                                                                                       Court: 407th District Court

Came to hand on the 8th day of August, 2022, at 9:51 AM and EXECUTED (NOT EXECUTED) by CERTIFIED MAIL, on the
__10__ day of __AUGUST_____, 20 __22__, by delivering to:    __J. CHANEY__
at 501 Parkview Drive Burleson TX 76028 a true copy of this CITATION, upon which I endorsed that date of delivery,
together with the accompanying copy of the CITATION with PLAINTIFF'S ORIGINAL PETITION.

Cause of failure to execute this is

_____

                **FILED**                                                          Mary Angie Garcia
        10:01  O'CLOCK _A_ M                                                       Bexar County District Clerk
                                                                                   101 W. Nueva, Suite 217
            AUG 1 2 2022                                                            San Antonio, Texas 78205
        MARY ANGIE GARCIA
        District Clerk, Bexar County, Texas
        BY_____DEPUTY                                                    By: /s/ *Mario Hernandez*
                                                                                   Mario Hernandez, Deputy



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $
Postage
$
Total
$
Sent To
DK LEWIS LOGISTICS LLC.
Registered Agent: Justin Chaney
Street
501 Parkview Drive
City, State, ZIP+4®
Burleson, TX 76028
Mario Hernandez Citation Certified Mail 2022cI14797

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

7021 1970 0000 4762 7559

AUG 08 2022 Postmark Here

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

DK LEWIS LOGISTICS LLC.
Registered Agent: Justin Chaney
501 Parkview Drive
Burleson, TX 76028
Mario Hernandez Citation Certified Mail 2022cI14797

9590 9402 7198 1284 9382 95

2. Article Number *(Transfer from service label)*

7021 1970 0000 4762 7559

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X J. Chaney
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery
Cindy K-K

D. Is delivery address different from item 1? ☑ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

FILED
8/24/2022 11:07 AM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Maria Jackson
Bexar County - 407th District Court

CAUSE NO. 2022CI14797

| | | |
|---|---|---|
| KIERA HOPES, | § | IN THE DISTRICT COURT OF |
| | § | |
| V. | § | BEXAR COUNTY, TEXAS |
| | § | |
| DK LEWIS LOGISTICS LLC., | § | _____ JUDICIAL DISTRICT |
| AND DENNIS LEWIS | § | |

## <u>DEFENDANTS DK LEWIS LOGISTICS LLC AND</u>
## <u>DENNIS LEWIS' JURY DEMAND</u>

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME DK LEWIS LOGISTICS LLC and DENNIS LEWIS, Defendants in the

above-captioned cause of action, and request that the above cause of action be tried before a jury.

Defendants are submitting the jury fee along with this filing.

Respectfully submitted,

**SHELTON & VALADEZ, PC**
600 Navarro, Suite 500
San Antonio, Texas 78205
Telephone: (210) 349-0515
Facsimile: (210) 349-3666
*Email: mlair@shelton-valadez.com

By: _____
R. MATT LAIR
State Bar No. 11795410

ATTORNEY FOR DEFENDANTS,
DK LEWIS LOGISTICS LLC and DENNIS LEWIS

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served in compliance with Rules 21 and 21a of the Texas Rules of Civil Procedure on August 24, 2022, on the following counsel of record:

Sarah Jordan Presutti
THE PRUSUTTI LAW FIRM, P.C.
1919 Oakwell Farms Parkway, Suite 253
San Antonio, Texas 78218
Email:  sarah@presuttifirm.com
*Attorney for Plaintiff*

_____
R. MATT LAIR

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Melodie Rich on behalf of R. Matt Lair
Bar No. 11795410
mrich@shelton-valadez.com
Envelope ID: 67606653
Status as of 8/26/2022 10:48 AM CST
Associated Case Party: KIERA HOPES

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Sarah Presutti | 11023100 | sarah@presuttifirm.com | 8/24/2022 11:07:57 AM | SENT |

### Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Melodie Rich on behalf of R. Matt Lair
Bar No. 11795410
mrich@shelton-valadez.com
Envelope ID: 67606653
Status as of 8/26/2022 10:48 AM CST
Associated Case Party: DK LEWIS LOGISTICS LLC.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|---------------------|--------|
| Melodie Rich | | mrich@shelton-valadez.com | 8/24/2022 11:07:57 AM | SENT |
| Matt Lair | | mlair@shelton-valadez.com | 8/24/2022 11:07:57 AM | SENT |

FILED
8/24/2022 10:54 AM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Gabrielle Martinez
Bexar County - 407th District Court

CAUSE NO. 2022CI14797

| | | |
|---|---|---|
| KIERA HOPES, | § | IN THE DISTRICT COURT OF |
| | § | |
| V. | § | BEXAR COUNTY, TEXAS |
| | § | |
| DK LEWIS LOGISTICS LLC., | § | 407th |
| AND DENNIS LEWIS | § | ____ JUDICIAL DISTRICT |

## DEFENDANTS DK LEWIS LOGISTICS LLC AND
## DENNIS LEWIS' ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES DK LEWIS LOGISTICS LLC and DENNIS LEWIS, Defendants in the above-captioned cause of action, and file this their Original Answer, and for such would respectfully show unto the Court as follows:

## I.
## GENERAL DENIAL

Pursuant to TEX. R. CIV. P. 92, Defendants, DK LEWIS LOGISTICS LLC and DENNIS LEWIS, enter a general denial and demand strict proof by a preponderance of the evidence, or other applicable standard, of all the allegations asserted by Plaintiffs in Plaintiffs' Original Petition, and any supplement and/or amendment thereto.

## II.
## CONTRIBUTORY NEGLIGENCE

Defendants assert that any injuries or damages to Plaintiff, KIERA HOPES were caused, in whole or in part, by Plaintiff's own contributory negligence.

### III.
### PAID OR INCURRED

The Plaintiff's "right" to recover medical expenses is limited by the provisions of TEX. CIV. PRAC. & REM. CODE 41.0105.  Thus, recovery of medical or health care expenses incurred by Plaintiff are limited to the amount actually paid or incurred by or on behalf of the Plaintiff.

### IV
### PRE-EXISTING CONDITION

Defendants allege that the injuries (in whole or in part) complained of by Plaintiff in this suit are pre-existing injuries and/or injuries that occurred after the subject incident.

### V.
### PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendants, DK LEWIS LOGISTICS LLC and DENNIS LEWIS, pray that Plaintiff take nothing by reason of this suit and DK LEWIS LOGISTICS LLC and DENNIS LEWIS be awarded their costs of court and such other and further relief to which they may be justly entitled.

SHELTON & VALADEZ, PC
600 Navarro, Suite 500
San Antonio, Texas  78205
Telephone:  (210) 349-0515
Facsimile:  (210) 349-3666
*Email:  mlair@shelton-valadez.com

By:_____
R. MATT LAIR
State Bar No. 11795410

ATTORNEY FOR DEFENDANTS,
DK LEWIS LOGISTICS LLC and DENNIS LEWIS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served in compliance with Rules 21 and 21a of the Texas Rules of Civil Procedure on August 24, 2022 on the following counsel of record:

Sarah Jordan Presutti
THE PRUSUTTI LAW FIRM, P.C.
1919 Oakwell Farms Parkway, Suite 253
San Antonio, Texas 78218
Email:  sarah@presuttifirm.com
*Attorney for Plaintiff*

                                                                    R. MATT LAIR

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Melodie Rich on behalf of R. Matt Lair
Bar No. 11795410
mrich@shelton-valadez.com
Envelope ID: 67606051
Status as of 8/25/2022 1:55 PM CST
Associated Case Party: KIERA HOPES

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Sarah Presutti | 11023100 | sarah@presuttifirm.com | 8/24/2022 10:54:16 AM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Melodie Rich on behalf of R. Matt Lair
Bar No. 11795410
mrich@shelton-valadez.com
Envelope ID: 67606051
Status as of 8/25/2022 1:55 PM CST
Associated Case Party: DK LEWIS LOGISTICS LLC.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Melodie Rich | | mrich@shelton-valadez.com | 8/24/2022 10:54:16 AM | SENT |
| Matt Lair | | mlair@shelton-valadez.com | 8/24/2022 10:54:16 AM | SENT |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

KIERA HOPES,                          §
                                      §
V.                                    §        CIVIL ACTION NO. 22-931
                                      §
DK LEWIS LOGISTICS LLC., and          §
DENNIS LEWIS                          §
,                                     §
Defendants.                           §
                    **LIST OF COUNSEL OF RECORD**

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS:

R. Matt Lair                          Sarah Jordan Presutti
State Bar No. 11795410                State Bar No. 11023100
Federal Bar No. 112816                THE PRUSUTTI LAW FIRM, P.C.
SHELTON & VALADEZ, PC                 1919 Oakwell Farms Parkway, Suite 253
600 Navarro, Suite 500                San Antonio, Texas 78218
San Antonio, Texas 78205              Email: sarah@presuttifirm.com
Telephone: (210) 349-0515
Facsimile: (210) 349-3666             *Attorneys for Plaintiff*
Email: mlair@shelton--valadez.com

*Attorneys For Defendants*

                                      Respectfully submitted,


                                      **SHELTON & VALADEZ, PC**
                                      600 Navarro, Suite 500
                                      San Antonio, Texas 78205
                                      Telephone: (210) 349-0515
                                      Facsimile: (210) 349-3666
                                      *Email: mlair@shelton-valadez.com

                                      By: _____
                                           R. MATT LAIR
                                           State Bar No. 11795410

                                      ATTORNEY FOR DEFENDANTS,
                                      DK LEWIS LOGISTICS LLC and DENNIS LEWIS

EXHIBIT 4

## CERTIFICATE OF SERVICE

I certify that on the 26th day of August, 2022, a true and correct copy of the foregoing document has been forwarded by facsimile and through the CM/ECF system which will send notification of such filing to the following:

Sarah Jordan Presutti
THE PRUSUTTI LAW FIRM, P.C.
1919 Oakwell Farms Parkway, Suite 253
San Antonio, Texas 78218
Email:  sarah@presuttifirm.com
*Attorney for Plaintiff*

_____
R. MATT LAIR

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Kiera Dshawn Hopes

**DEFENDANTS**

DK Lewis Logistics, LLC and Dennis Lewis

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Sarah Presutti, The Presutti Law Firm, P.C., 1919 Oakwell Farms Parkway, Suite 253, San Antonio, Texas

Attorneys *(If Known)*

R. Matt Lair, Shelton & Valadez, PC, 600 Navarro, Ste. 500 San Antonio, Texas 78205, (210) 349-0515

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1 U.S. Government Plaintiff | ☐ 3 Federal Question *(U.S. Government Not a Party)* |
| ☐ 2 U.S. Government Defendant | ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | ☐ 820 Copyrights | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 840 Trademark | ☐ 460 Deportation |
| | | **PERSONAL PROPERTY** | **LABOR** | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☒ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ 1 Original Proceeding | ☒ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidistrict Litigation - Direct File |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. Section 1332 civil action which amount in controversy exceeds the sum of value of $75,000.00 and is between citizens of different states

Brief description of cause:
Motor vehicle collision resulting in personal injuries

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $
100,000.00 +

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE   August 26, 2022

SIGNATURE OF ATTORNEY OF RECORD   *R. Matt Lair*

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

EXHIBIT 5

JS 44 Reverse (Rev. 04/21)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.(a) **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II. **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

III. **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV. **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

V. **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statute.

VI. **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

VII. **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII. **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
... Select Division      DIVISION

Supplement to JS 44 Civil Cover Sheet
Cases Removed from State District Court

This form must be filed with the Clerk's Office no later than the **first business day** following the filing of the Notice of Removal. Additional sheets may be used as necessary.

The attorney of record for the removing party **MUST** sign this form.

**STATE COURT INFORMATION:**

1.      Please identify the court from which the case is being removed; the case number; and the complete style of the case.

Kiera Hopes v DK Lewis Logistics LLC and Dennis Lewis
Case No. 2022CI14797, District Court, 407th District Court, Bexar County Texas

2.      Was jury demand made in State Court?      ☒ Yes      ☐ No

If yes, by which party and on what date?

Defendants Dk Lewis Logistics and Dennis Lewis      8/24/22
Party Name                                          Date

**STATE COURT INFORMATION:**

1.      List all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

Kiera Hopes, Plaintiff  Sarah Jordan Presutti, Presutti Law Firm, 1919 Oakwell Farms Parkway, Suite 253, SanAntonio, Texas  78218 (210) 468-3377  (210) 855-0494
DK Lewis Logistics LLC and  Dennis Lewis R. Matt Lair, Shelton & Valadez, PC, 600 Navarro, Suite 500, San Antonio, Texas  78205  (210) 349-0515 (210) 349-3666

2. List all parties that have not been served at the time of the removal, and the reason(s) for non-service.
NA

TXWD - Supplement to JS 44 (Rev. 9/2019)                                          Page 1

EXHIBIT 6

3.    List all parties that have been non-suited, dismissed, or terminated, and the reason(s) for their removal from the case.

NA

**COUNTERCLAIMS, CROSS-CLAIMS, and/or THIRD-PARTY CLAIMS:**

1.    List separately each counterclaim, cross-claim, or third-party claim still remaining in the case and designate the nature of each such claim.  For each counterclaim, cross-claim, or third-party claim, include all plaintiffs, defendants, and intervenors still remaining in the case.  Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

NA

**VERIFICATION:**

R Matt Lair                                                8/26/22

Attorney for Removing Party                 Date

DK Lewis Logistics LLC and Dennis Lewis

Party/Parties

(NOTE:  Additional comment space is available on page 3)

**ADDITIONAL COMMENTS (As necessary):**